# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>TIMOTHY JOEL (1)<br><br>                              Defendant. | Case No.15CR0430-GPC<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>OCT - 1 2015<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__    the Court has dismissed the case for unnecessary delay; or

_X_   the Court had granted the motion of the Government for dismissal, without prejudice as to Count 3 on 9/28/2015; or

__    the Court has granted the motion of the defendant for a judgment of acquittal; or
__    a jury has been waived, and the Court has found the defendant not guilty; or

_X_   the jury has returned its verdict, finding the defendant not guilty Counts 1,2 and 4;

_X_   of the offense(s) as charged in the Indictment:

18:1001, 18:1512(b)(2)(D), 18:1512(b)(2)(C) and 18:1503

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 10/1/2015

Hon. Gonzalo P. Curiel
United States District Judge